UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO DELAROSA,<br><br>　　　　　　　Petitioner,<br>　v.<br>DEBRA BORGAS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:25-cv-00749-MMD-CLB<br><br>ORDER |

　　　Pro se Petitioner Armando Delarosa has filed a motion for leave to proceed *in forma pauperis*, indicating that he wishes to pursue federal habeas relief. (ECF No. 1 ("Motion").) Based on Delarosa's Financial Certificate, the Court finds that good cause exists to grant the Motion. (ECF No. 4.) However, Delarosa has yet to file a federal habeas petition.[1]

　　　It is therefore ordered that the Motion (ECF No. 1) is granted.

　　　It is further ordered that on or before January 30, 2026, unless more time is requested and approved, Delarosa must file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.

　　　It is further ordered that the Clerk of Court send Delarosa a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.

　　　DATED THIS 29th Day of December 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Because Delarosa is in custody pursuant to a state-court judgment of conviction, the proper basis for his federal habeas claims is under 28 U.S.C. § 2254.