# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO DELAROSA, | Case No. 3:25-cv-00749-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| DEBRA BORGAS, | |
| Respondent. | |

This counseled habeas matter comes before the Court on Petitioner Armando Delarosa's motion for leave to file a second amended petition. (ECF No. 13 ("Motion").) This Court appointed the Federal Public Defender to represent Delarosa on January 12, 2026. (ECF No. 7.) This Court gave Delarosa up to and including May 11, 2026, to file an amended petition. (ECF No. 10.) Delarosa filed a first amended petition on February 19, 2026, and simultaneously moved for leave to file a second amended petition. (ECF Nos. 11, 13.) In the Motion, Delarosa's counsel explains that she filed his first amended petition before Delarosa's statute of limitations expired. (ECF No. 13.) Respondents filed a non-opposition to the Motion. (ECF No. 14.) Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." The Court finds that leave to amend is appropriate.

It is therefore ordered that the Motion (ECF No. 13) is granted. Delarosa has up to and including May 11, 2026, to file his second amended petition.

DATED THIS 4th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE