UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO DE LA ROSA, | Case No. 3:25-cv-00749-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| DEBRA BORGAS, | |
| Respondent. | |

Petitioner Armando De La Rosa has filed an unopposed motion for a 90-day extension of time to file his second-amended petition. (ECF No. 16 ("Motion").) This is De La Rosa's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 16) is granted. De La Rosa has up to and including August 10, 2026, to file his second-amended petition.

DATED THIS 11th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE