UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARMANDO DE LA ROSA,

Petitioner,

v.

DEBRA BORGAS,

Respondent.

Case No. 3:25-cv-00749-MMD-CLB

ORDER

Petitioner Armando De La Rosa has filed an unopposed motion for a 60-day extension of time to file his second-amended petition. (ECF No. 20 (“Motion”).) This is De La Rosa’s third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 20) is granted. De La Rosa has up to and including December 8, 2026, to file his second-amended petition.

DATED THIS 15th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE